IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERMAINE MOYE, | § | |
| | § | No. 498, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 1105024046 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 15, 2014
Decided: September 30, 2014

**O R D E R**

This 30th day of September 2014, it appears to the Court that, on September 10, 2014, the Clerk issued a notice to appellant to show cause why this appeal should not be dismissed because of the Court's lack of jurisdiction to hear an interlocutory appeal in a criminal matter. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice